UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:17-CV-20846-Ungaro/O'Sullivan

TRANSUNION RISK AND ALTERNATIVE
DATA SOLUTIONS, INC.,

    Plaintiff,

v.

COGINT, INC. *f/k/a* IDI, INC., and
INTERACTIVE DATA, LLC,

    Defendants.
_____/

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff TransUnion Risk and Alternative Data Solutions, Inc. ("TRADS") and defendants Cogint, Inc. f/k/a IDI, Inc., and Interactive Data, LLC ("Defendants") hereby stipulate to the dismissal with prejudice of TRADS' claims against Defendants asserted in this action with all parties to bear their own attorneys' fees and costs.

    Dated:  July 24, 2017

<table>
<tr><td>

By: /s/ James G. Sammataro
James G. Sammataro, Esq.
Florida Bar No. 520292
Brendan S. Everman, Esq.
Florida Bar No. 68702
**STROOCK & STROOCK & LAVAN LLP**
200 South Biscayne Blvd., Suite 3100
Miami, Florida  33131
Telephone:  (305) 358-9900
Facsimile:  (305) 789-9302
Email:  jsammataro@stroock.com
       beverman@stroock.com
       lacalendar@stroock.com

*Attorneys for Plaintiff TransUnion Risk and Alternative Data Solutions, Inc.*

</td><td>

By: /s/ Dennis Richard
Dennis Richard, Esq.
Florida Bar No. 148730
Michael R. Tolley, Esq.
Florida Bar No. 27150
**RICHARD & RICHARD, P.A.**
825 Brickell Bay Drive, Suite 1748
Miami, Florida 33131
Telephone: (305) 374-6688
Facsimile: (305) 374-0384
Email:  dennis@richardandrichard.com
       michael@richardandrichard.com

*Attorneys for Defendants Cogint, Inc. f/k/a IDI, Inc. and Interactive Data, LLC*

</td></tr>
</table>

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on July 24, 2017 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ James G. Sammataro
James G. Sammataro, Esq.
Florida Bar No. 520292
Brendan S. Everman, Esq.
Florida Bar No. 68702
**STROOCK & STROOCK & LAVAN LLP**
200 South Biscayne Blvd., Suite 3100
Miami, Florida  33131
Telephone:  (305) 358-9900
Facsimile:  (305) 789-9302
Email: jsammataro@stroock.com;
beverman@stroock.com;
lacalendar@stroock.com

## SERVICE LIST

Dennis Richard, Esq.
dennis@richardandrichard.com;
Michael R. Tolley, Esq.
michael@richardandrichard.com
RICHARD & RICHARD, P.A.
825 Brickell Bay Drive, Suite 1748
Miami, Florida 33131
Phone: 305-374-6688

3